JAMES V. FITZGERALD, III (State Bar No. 55632)
james.fitzgerald@mcnamaralaw.com
NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
ELIZABETH M. DOOLEY (State Bar No. 289510)
elizabeth.dooley@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
City of Concord

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSAMANDA FLORES, | Case No. C15-05244 TEH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| THE CITY OF CONCORD AND DEFENDANT OFFICERS DOES 1 THROUGH 50, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties are respectfully requesting that the Court continues the Initial Case Management Conference set for May 2, 2016, to May 9, 2016.

WHEREAS undersigned counsel for the Defendant, who is newly appearing in this case is unavailable and in Southern California on May 2nd.  In addition, undersigned counsel for the Defendant has another Case Management Conference with Your Honor on May 9th as well.

WHEREAS good cause exists to continue the Further Case Management Conference to May 9th.

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE – C15-05244 TEH

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

**IT IS SO STIPULATED**

Dated: April 8, 2016           MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: _____/S/ Blechman, Noah_____
James V. Fitzgerald, III
Noah G. Blechman
Elizabeth M. Dooley
Attorneys for Defendant
City of Concord

Dated: April 8, 2016

By: ___/s/ Goff, Stanley___
Stanley Goff
Attorney for Plaintiff

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for May 2, 2016, is hereby continued to May 9, 2016, at 1:30 p.m. The parties are to file the Initial Case Management Conference statement no later than one week prior to this conference.

**IT IS SO ORDERED**

Dated: ____04/14____, 2016   By: _____[signature]_____
Hon. Thelton E. Henderson
U.S. Senior District Court Judge

STIPULATION AND ORDER CONTINUING CASE                2
MANAGEMENT CONFERENCE – C15-05244 TEH