UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAMANDA FLORES,<br>　　　　Plaintiff,<br>　　v.<br>THE CITY OF CONCORD, et al.,<br>　　　　Defendants. | Case No. 15-cv-05244-PJH<br><br>**ORDER RE: REASSIGNED CASE**<br>Re: Dkt. Nos. 65, 73 |

This case was reassigned to the undersigned's docket today. Before the court is defendants' pending motion for judgment on the pleadings, which is fully briefed. See Dkt. 65. The court will hear this motion on **Wednesday, August 23, 2017, at 9:00 a.m.** in Courtroom 3, 1301 Clay Street, Oakland, California. If the parties are not available on this date, they shall so inform the court, and the court will decide the matter on the papers.

The trial and pretrial conference dates are hereby VACATED. The court will conduct a further case management conference on September 21, 2017 at 2:00 p.m. in Courtroom 3, 1301 Clay Street, Oakland, California. The parties shall file a joint case management statement not less than seven days before the conference.

**IT IS SO ORDERED.**

Dated: August 14, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge